# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Federman, Arthur B. | U.S. Bankruptcy Court | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Charles Evans Whittaker Cthse.
400 East 9th St., Suite 6552
Kansas City, Mo. 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, with no significant management duties - all assets are listed @VII | 1990 and 1992 Federman Trusts, beneficiaries are the reporting person and relatives, Assets are disclosed in Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Mortgage Investment Co., Inc - a 1.58% shareholder | A | Interest | | | Redeemed | 12/31/15 | K | E | was a liquidatin |
| 2. Commerce Bank NA, Lenexa Ks.- MMrkt - no add delete detail needed | A | Interest | K | T | | | | | |
| 3. Commerce Bank NA, Lenexa Ks - CKG - no add delerte detail needed | A | Interest | J | T | | | | | |
| 4. Commerce Bank NA, Lenexa Ks - MMRKT - no add delete detail needed | B | Interest | M | T | | | | | |
| 5. Vanguard Fed MMT Fund | A | Int./Div. | J | T | | | | | |
| 6. Vanguard - 500 Index Fund Admiral Shares - Total Bal for this Fund | D | Int./Div. | N | T | | | | | |
| 7. - Vanguard - 500 Index Fund Admiral Shares - added in 2015 | | | | | Buy (add'l) | 12/31/15 | J | | Div reinvested for yr |
| 8. - Vanguard - 500 Index Fund Admiral Shares - added in 2015 | | | | | Buy (add'l) | 12/31/15 | K | | Total of reg. mo. adds |
| 9. Vanguard-Total Intern. Stock IX Adm - Bal for this Fd-end of yr | B | Int./Div. | K | T | | | | | |
| 10. - Vanguard - Toral Intern Stock IX - redemption | | | | | Redeemed (part) | 04/26/15 | M | E | |
| 11. - Vanguard - Total Intern Stock IX Admiral addition in 2015 | | | | | Buy (add'l) | 12/31/15 | J | | Dic reinvested for yr |
| 12. - Vanguard - Total Intern. Stock IX Admiral addition for 2015 | | | | | Buy (add'l) | 12/31/15 | K | | Total of Reg Mo. Adds |
| 13. Vanguard - Total Stock Market Index Fund Admiral Shrs-Total Bal of Fd | D | Dividend | N | T | | | | | |
| 14. - Vanguard - Total Stock Market Index Fund Admiral - added in 2015 | | | | | Buy (add'l) | 12/19/15 | J | | Div reinvested for yr |
| 15. - Vanguard - Total Stock Market Index Fund - Afmiral - added in 2015 | | | | | Buy (add'l) | 12/31/15 | K | | Total of reg. mo. adds |
| 16. Northwestern Mutual Life Ins Policy | B | Interest | N | T | | | | | |
| 17. Federman Family L.P. - Limited Partnership Interest | E | Interest | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Commerce Bank N.A. , Kansas City, Mo. - Ckg Acct. | A | Interest | J | T | | | | | |
| 19. State Bank of India - CD - Matures 1/26/15 | A | Interest | | | Matured | 01/26/15 | L | | no gain (loss) |
| 20. ALLY Bank - CD - Matures 7-24-15 | A | Interest | | | Matured | 07/24/15 | L | | No gain (loss) |
| 21. Firtsbank Puerto Rico CD - matures 01/29/16 | A | Interest | L | T | | | | | |
| 22. Discover Bank CD - matures 06/13/16 | A | Interest | M | T | | | | | |
| 23. State Bank of India CD - matures 10/17/17 | A | Interest | L | T | | | | | |
| 24. IRA Acct. -Total Assets in Accounts - Total Bal & Detail Follows - | D | Dividend | M | T | | | | | |
| 25. - IRA Acct. - (GNMA) Govt. Natl. Mtg. Ass Pool - Commerce | | | | | Redeemed | 12/31/15 | J | | normal principal paydowns |
| 26. - IRA Acct - Vangaurd acct - Prime MMKT FD - no add delete detail | | | | | | | | | |
| 27. - IRA Acct - Fidelity Select Health Care | | | | | Buy (add'l) | 12/31/15 | J | | dividends reinvested |
| 28. - IRA Acct - T.Rowe Price New ERA | | | | | Buy (add'l) | 12/31/15 | J | | dividends reinvested |
| 29. - IRA Acct - spouse - Capital Federal Savings | | | | | Redeemed (part) | 12/31/15 | J | | RMD didtribution |
| 30. Trust # 1 - Total Assets of Trust -Total Bal & Asset Detail Follows | B | Int./Div. | P1 | T | Buy (add'l) | 12/31/15 | J | | Incr is inc & net CV incre |
| 31. - Trust # 1 - Guardian Life Ins . - Cash Value | | | | | Buy (add'l) | 12/31/15 | J | | CV paid premium |
| 32. - Trust # 1 - Northwestern Mutual Life - Cash Value | | | | | Buy (add'l) | 12/31/15 | K | | Incr CV for Life Ins DIV |
| 33. - Trust # 1 - Met Life Ins INC- | | | | | | | | | |
| 34. - Trust # 1 - Commerce Bank N.A., Ckg acct. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Trust # 1 - Goldman Sachs Bank USA - CD - Matures 4/10/15 | | | | | Matured | 04/10/15 | K | | no gain or (loss) |
| 36. - Trust # 1 - Bank of Baroda - CD - Matures 12/16/14 | | | | | Matured | 12/16/15 | K | | no gain (loss) |
| 37. - Trust # 1 - BMW Bank of North America Matures 12/16/16 | | | | | Buy | 12/18/15 | K | | |
| 38. Trust # 2 - Total Assets of Trust -Total Bal & Asset Detail Follows | D | Int./Div. | P1 | T | | | | | |
| 39. - Trust # 2 - Vanguard Fed MM Portfolio, Philadelphia, Pa. | | | | | | | | | |
| 40. - Trust # 2 - Vanguard Health Care Fund Adm - VGHAX | | | | | | | | | |
| 41. - Trust # 2 - Vangusrd Health Care Fund Adm - VGHAX | | | | | Buy (add'l) | 12/31/15 | J | | reinvested div only |
| 42. - Trust # 2 - Vanguard Total Stock Mkt Idx FundFund | | | | | Buy (add'l) | 12/31/15 | J | | reinvested div. only |
| 43. - Trust # 2 - Commerce Bank NA - ckg acct. | | | | | Buy (add'l) | 12/31/15 | J | | reinvested div only |
| 44. - Trust # 2 FirstBank Puerto Rico - CD - Matures 02/27/15 | | | | | Matured | 02/27/15 | L | | no gain (loss) |
| 45. - Trust # 2 - FirstBank Puerto Rico - CD - Matures 05/29/15 | | | | | Matured | 05/29/15 | L | | no gain (loss) |
| 46. - Trust # 2 - FirstBank Puerto Rico CD - Matures 06/01/15 | | | | | Matured | 06/01/15 | K | | no gain (loss) |
| 47. - Trust # 2 - ALLY Bank CD - Matures 09/18/15 | | | | | Matured | 09/18/15 | L | | no gain (loss) |
| 48. - Trust # 2 - Bank of India NY -CD - Matures 07/29/15 | | | | | Matured | 07/29/15 | L | | no gain (loss) |
| 49. - Trust # 2 - Bank of China (NY) - CD - Matures 08/27-15 | | | | | Matured | 08/27/15 | L | | no hain (loss) |
| 50. - Trust # 2 - Pacific Western Bank -CD - Matures 09/29/15 | | | | | Matured | 09/29/15 | L | | no gain (loss) |
| 51. - Trust # 2 - Discover Bank - CD - Matures 10/16/15 | | | | | Matured | 10/16/15 | M | | no gain (loss) |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Trust # 2 - Enerbank USA - CD - Matures - 12/04/15 | | | | | Matured | 12/04/15 | K | | no gain (loss) |
| 53. - Trust # 2 - Bank of India - New York M- CD Matures 3/2/16 | | | | | Buy | 08/31/15 | L | | |
| 54. - Trustt # 2 - Bank of Hapoalim BM NY - CD Matures - 07/29/16 | | | | | Buy | 07/29/15 | L | | |
| 55. - Trust # 2 - Capital One NA - CD Matures 04/21/16 | | | | | Buy | 10/21/15 | M | | |
| 56. - Trust # 2 - Bank of Baroda - CD - Matures 06/09/16 | | | | | Buy | 12/09/15 | M | | |
| 57. - Trust # 2 - Sallie Mae Bank - Saltt Salt Lake- CD Matures -04/7/16 | | | | | Buy | 10/07/15 | M | | |
| 58. - Trust # 2 - Santanner Bank NA - CD Matures 03/02/16 | | | | | Buy | 09/02/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets and value amount references shown in Part VII which are identified as Trust # 1 are for the full value of the assets held in Trust even though I am only entitled to a 1/3 beneficial interest in the Trust. I am the trustee of the Trust.

The assets and value references shown in Part VII which are identified as Trust # 2 are for the full value of the assets held in Trust even though I am only the benificiary of a 1/3 interest in the Trust. I am the trustee of the Trust.

Asset # 17 is a limited partnership interest - I have received periodic gifts from my parents of additonal limited ownbership interests in this limited partnership over the years. My ownership interest is 33% as of 12-31-15. The partnership's investments are almost exclusively in State Tax Exempt Bonds, Federal Bonds & Bills or Agency securities and Certificates of Deposit. I have no management responsibilitites for the activities of this partnership.

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Federman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544